# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| NGUYEN VU, | : | No. 106 EM 2018 |
| Petitioner | : | |
| v. | : | |
| JUDGE SANDY L.V. BYRD, PRESIDENT JUDGE SHEILA A. WOODS-SKIPPER THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 26th day of November, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Prohibition and the Motion for a Stay are DENIED. The Prothonotary is DIRECTED to strike the names of the judges from the caption.